IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK JAY ALBRECHT,<br><br>Defendant. | CR 21-41-BLG-SPW-2<br><br>ORDER |

Rule 23(a) of the Federal Rules of Criminal Procedure requires that a trial be conducted by jury unless the Defendant waives a jury trial in writing, the government consents, and the Court approves. Defendant Albrecht has given notice of intent to proceed via bench trial and concurrently filed a written waiver of his right to a jury trial. (Doc. 205). The Government consents to a bench trial. (Doc. 206). Finally, the Court finds the Defendant's waiver and request for a bench trial appropriate and hereby gives its approval. Accordingly, the trial currently set for February 20, 2024 shall be a non-jury trial.

DATED this 12th day of February, 2024.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1